
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 07 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 16-3070 JB |
| ) | |
| **BERNADETTE AURORA TAPIA,** ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS INDICTMENT
## AGAINST BERNADETTE AURORA TAPIA

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves to dismiss the Indictment as to defendant Bernadette Aurora Tapia, and in support of its motion states as follows:

Pursuant to the terms of the plea agreement (Doc. 73) entered into between the United States and defendant in the matter of *USA v. Bernadette Aurora Tapia*, 16-3069 JB, the United States agreed to dismiss the Indictment in this case as to defendant at the time of sentencing. Sentencing of defendant having taken place as to the matter of *USA v. Bernadette Aurora Tapia*, 16-3069 JB, on April 7, 2017, the United States hereby moves to dismiss the Indictment in this case as to defendant only.   Defendant does not oppose this motion.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Samuel A. Hurtado*
SAMUEL A. HURTADO
Assistant U.S. Attorney
PO Box 607
Albuquerque, NM 87103
(505) 346-7274